# Court of Appeals
# of the State of Georgia

ATLANTA,  April 17, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1329. LANCE v. THE STATE.**

Following a jury trial, Matthew Lance was convicted of aggravated sexual battery, sodomy, and invasion of privacy. Lance appeals, arguing, inter alia, that OCGA § 15-12-164 (a) (1)-(3) is unconstitutional. According to Lance, the general statutory questions of the entire venire, codified therein, are unconstitutional because they contradict and undermine the mandatory presumption that, until proven otherwise beyond a reasonable doubt, the defendant is innocent of the crimes charged.[1]

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question. See Ga. Const. of 1983, Art. VI, Sec. VI, Para. II (1); *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996). Furthermore, the Supreme Court of Georgia has "ultimate responsibility for construing the constitutional provisions regarding appellate jurisdiction" and its determinations result "in a binding and conclusive determination of the jurisdiction of the Court of Appeals." *Saxon v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

---

[1] Although Lance's trial counsel did not raise this objection at trial, his appellate counsel raised that omission as a claim of ineffective assistance in his motion for new trial, and the trial court denied the motion, concluding that the claim lacked merit.

Although the Court of Appeals can apply unquestioned and unambiguous constitutional provisions, we have jurisdiction over a constitutional challenge to a state law only "if the law has been held to be constitutional against the same attack being made." *City of Decatur v. DeKalb County*, 284 Ga. 434, 436 (2) (668 SE2d 247) (2008). It does not appear that the particular challenge to the constitutionality of the statute at issue in this case has been addressed or considered by Georgia's appellate courts.

Accordingly, the Supreme Court has jurisdiction over this matter. This case is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 04/17/2014
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*